Patricia Lazano DE PADILLA, Oscar Jaime Padilla Moreno, Petitioners,

v.

**U.S. ATTORNEY GENERAL,**
Respondent.

No. 10–11398
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 23, 2010.

* Honorable Marcia G. Cooke, United States District Judge for the Southern District of Florida, sitting by designation.

view. *Mendoza v. U.S. Att'y Gen.*, 327
F.3d 1283, 1287 (11th Cir.2003). With respect to the petition to review the denial of
withholding of removal, we deny the petition for Padilla's wife because the regulation for this form of relief does not provide
for derivative benefits. *See* 8 C.F.R.
§ 208.16(c); *Delgado v. U.S. Att'y Gen.*,
487 F.3d 855, 862 (11th Cir.2007).

Substantial evidence supports the decision to deny Padilla's application for withholding of removal based on membership
in a protected social group. A group qualifies as a "particular social group" if its
members share an immutable characteristic and are visible socially. *Castillo–Arias
v. U.S. Att'y Gen.*, 446 F.3d 1190, 1196
(11th Cir.2006). Padilla included as members of his social group those professionals
who were unwilling to collaborate and
share their knowledge and skills with revolutionaries against the Colombian government. Although members of Padilla's proposed group might have undergone similar
education and training, their defining attribute is "[t]he risk of persecution" they
face, which "alone does not create a particular social group." *Id.* at 1198. In addition, the group described by Padilla lacks
social visibility because countless persons
could declare membership based on any
occupational skill they possess that is desired by the revolutionaries.

**PETITION DENIED.**

Vincent James Benincasa, Benincasa &
Kennedy, P.A., Vero Beach, FL, for Petitioners.

Bernard Joseph, Office of Immigration
Litigation, David Bernal, Krystal Samuels,
U.S. DOJ OIL, Washington, DC, Michelle
Ressler, District Counsel's Office USICE,
Miami, FL, for Respondent.

Before WILSON, PRYOR and
ANDERSON, Circuit Judges.

PER CURIAM:

Oscar Jaime Padilla and his wife, Patricia Lazano de Padilla, natives and citizens
of Colombia, petition for review of the
decision of the Board of Immigration Appeals that denied Padilla's application for
withholding of removal. 8 U.S.C.
§ 1231(b)(3). The Board found that Padilla was not a member of a "particular social
group." We deny the petition.

The Padillas challenge the findings that
the social group fashioned by Padilla was
not "defined … with sufficient particularity" and was "insufficiently socially visible."
The Padillas do not challenge the finding
that their application for asylum was untimely, which we lack jurisdiction to re-